# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| AMERICAN GNC CORPORATION | § | |
| | § | CIVIL NO: |
| vs. | § | WA:20-CV-00171-ADA |
| | § | |
| ONEPLUS TECHNOLOGY (SHENZHEN) | § | |
| CO., LTD., STMICROELECTRONICS NV, | | |
| STMICROELECTRONICS S.R.L. | | |

## ORDER RESETTING MARKMAN HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is reset for **MARKMAN HEARING** by zoom on **Thursday, May 13, 2021 at 09:30 AM**.

IT IS SO ORDERED this 21st day of April, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE